JUDGE STEIN

08 CIV 6384

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEISHMAN-HILLARD INC.,
a corporation,

      Plaintiff,

-against-

JOHN DOE,
an individual,

      Defendant.

Index No. 08 Civ. _____

**PLAINTIFF'S RULE 7.1 STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Fleishman-Hillard Inc. hereby certify that:

1. Fleishman Hillard Inc.'s parent corporation is Omnicom Group Inc.

2. Omnicom Group Inc. is a publicly held corporation that owns 10% or more of Fleishman-Hillard Inc.'s stock.

      DAVIS & GILBERT LLP

      By: *[signature]*
      Ina B. Scher
      Shirin Keen
      1740 Broadway
      New York, New York 10019
      (212) 468-4800
      *Attorneys for Plaintiff*

Dated: New York, New York
    July 10, 2008